UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: )<br>DAWN JOI, )<br> )<br> )<br> )<br> )<br> )<br>Debtor(s) ) | | BK No.: 23-01210<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar |

## ORDER GRANTING TRUSTEE'S MOTION TO EMPLOY REAL ESTATE BROKER

THIS MATTER COMING ON TO BE HEARD upon the Motion of trustee Aja Carr Favors to retain Adam Wolverton of Berkshire Hathaway Home Services Chicago Realty Group as her real estate broker to sell real property located at 3817 S Ellis Ave, Unit 302, Chicago, IL 60653 and 8 W. Monroe, P-81, Chicago, IL 60603, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The trustee may retain Adam Wolverton of Berkshire Hathaway Home Services Chicago Realty Group as her real estate broker to sell real property located at 3817 S Ellis Ave, Unit 302, Chicago, IL 60653 and 8 W. Monroe, P-81, Chicago, IL 60603, and may enter into the listing agreements attached to the motion. Compensation is subject to further order of court.

Enter: /s/ A. Benjamin Goldgar

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 26, 2023

**Prepared by:**

Reed Heiligman (No. 6294312)
HILTZ ZANZIG & HEILIGMAN LLC
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
reed@hzhlaw.com